STATE OF NEW JERSEY v. GEORGE R. RHODA.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM C. BROKING.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RUFUS ROBERTS.

September 5, 1986.

Petition for certification· denied.